# United States Court of Appeals
## For the First Circuit

Nos. 19-1582
    19-1625

UNITED STATES,

Appellant,

v.

NIA MOORE-BUSH, a/k/a Nia Dinzey,

Defendant, Appellee.

Nos. 19-1583
    19-1626

UNITED STATES,

Appellant,

v.

DAPHNE MOORE,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 16, 2020, is amended as follows:

On page 25, footnote 11, line 32, replace "Transit" with "Transportation".

On page 39, line 13, replace "[would]" with "[would not]".